Kristin A. Schuler-Hintz, Esq. (NSB#7171)
Christopher M. Hunter, Esq. (NSB#8127)
MCCARTHY & HOLTHUS, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Telephone: (702) 685-0329
Facsimile: (866) 339-5961

Attorneys for Defendant, Quality Loan Service Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA ALICIA AVILA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; PACIFIC WOODS RENTAL, LLC, a foreign limited liability company;  DOE individuals I through X; and ROE Corporations and Organizations I through X; and all persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; inclusive,<br><br>Defendants. | Case No. 2:10-cv-01161-JCM-RJJ<br><br>**ORDER GRANTING QUALITY LOAN SERVICE CORPORATION'S MOTION TO DISMISS** |

THIS CAUSE came on to he heard by the Court on September 23, 2010 on the Motion to Dismiss filed by Defendant, Quality Loan Service Corporations (# 8) and in which Defendant, Indymac Mortgage Services joined (# 13).  Quality Loan Service Corporation appeared through its counsel, Christopher M. Hunter, Esq., Plaintiff appeared through her counsel, Marvin L. P. Simeon, Esq., Indymac Mortgage Services appeared through its counsel, Donna M. Osborn, Esq., and Pacific Woods Rental, LLC appeared through its counsel, Richard L. Doxey, Esq.  The Court, having reviewed the papers and submissions of the parties, having entertained arguments of counsel, and otherwise being fully apprised in the premises and good cause appearing therefore,

1

THE COURT FINDS that each one of the claims for relief set forth by Plaintiff in the Complaint is based upon an alleged loan modification agreement which was not reduced to writing.  Because the agreement relates to an interest in land or an interest in a trust in land, the absence of a written agreement violates the statute of frauds, NRS 111.205.  As a result, the agreement is unenforceable and the claims for relief in the Complaint fail.

Accordingly, THE COURT ORDERS as follows:

1. Quality Loan Service Corporation's Motion to Dismiss is GRANTED and judgment of dismissal with prejudice shall be entered in favor of Defendants, Quality Loan Service Corporation and Indymac Mortgage Services.

2. Any lis pendens affecting the property located at 60 Ancient Hills Ln., Henderson, Nevada (APN 178-16-412-010 shall be expunged and have no further force and effect.

DATED October 6, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

| Respectfully submitted by: | Approved as to form and content: |
| --- | --- |
| McCarthy & Holthus, LLP | Wright, Finlay & Zak, LLP |
| /s/Christopher M. Hunter | Did not respond_____ |
| Christopher M. Hunter, Esq. | Donna M. Osborn, Esq. |
| 9510 W. Sahara, Suite 110 | 5532 S. Fort Apache Rd., Suite 110 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89148 |
| | |
| David Winterton & Assoc., LTD | Law Offices of P. Sterling Kerr |
| | |
| /s/Richard L. Doxey | /s/P. Sterling Kerr_____ |
| Richard L. Doxey, Esq. | P. Sterling Kerr, Esq. |
| 211 N. Buffalo Dr., Suite A | 2450 St. Rose Pkwy |
| Las Vegas, NV 89145 | Henderson, NV 891074 |